■ In the Matter of the Estate of HAROLD SCHRUTT, Deceased. HAROLD SCHECHTMAN, Respondent; JOAN SCHRUTT O'MEARA, Appellant. [731 NYS2d 421] —Order unanimously affirmed without costs for reasons stated in decision at Erie

County Surrogate's Court, Mattina, S. (Appeal from Order of Erie County Surrogate's Court, Mattina, S.—EPTL.) Present—Pine, J. P., Hayes, Hurlbutt, Burns and Gorski, JJ.